No. 77–5613. PRESTON v. GEORGIA. C. A. 5th Cir. Certiorari denied.

No. 77–5617. MILLHOUSE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5621. WARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5631. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–5633. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–5639. BANKS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–5640. BROWN v. BLANKENSHIP, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 77–5641. RICHARDSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–5645. PETTICOLAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–5647. HENNE v. FIKE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–5660. HOCKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5666. HARRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5667. SILLS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5668. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.